IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00726-REB-BNB

ANTOINE JONES,

    Plaintiff,

v.

SARA M. REVELL,
BLAKE R. DAVIS,
J.M. WILNER,
CHARLES DANIEL,
J.C. HOLLAND,
UNKNOWN NAME MAILROOM SUPERVISOR, and
UNKNOWN NAME MAILROOM STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2010

GREGORY C. LANGHAM
               CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated October 15, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00726-REB-BNB

Antoine Jones
Reg. No. 18600-016
USP – Florence
PO Box 7000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Sara M. Revell, Blake R. Davis,
J.M. Wilner, Charles Daniel, and J.C. Holland

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sara M. Revell, Blake R. Davis, J.M. Wilner, Charles Daniel, and J.C. Holland; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 8/26/10, ORDER FILED 10/13/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/18/10.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk