IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00726-REB-BNB

ANTOINE JONES,

Plaintiff,

v.

SARA M. REVELL,
BLAKE R. DAVIS,
J.M. WILNER,
CHARLES DANIEL,
J.C. HOLLAND,
UNKNOWN NAME MAILROOM SUPERVISOR,
UNKNOWN NAME MAILROOM STAFF,

Defendants.

_____

**ORDER**
_____

The plaintiff filed his Amended Prisoner Complaint on August 5, 2010 [Doc. #14]. On October 15, 2010, the district judge ordered the United States Marshal to serve the defendants [Doc. #23]. On October 27, 2010, the Marshal filed a Process Receipt and Return which states that defendant J.M. Wilner could not be served because he is "[n]o longer with the [Bureau of Prisons], unable to locate." The Bureau of Prisons ("BOP") did not provide a forwarding address for J.M. Wilner. Accordingly,

IT IS ORDERED that on or before **November 22, 2010**, the BOP shall provide the court with the current address for defendant J.M. Wilner, if known.

Dated November 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge