**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00726-REB-BNB

ANTOINE JONES,

    Plaintiff,

v.

SARA M. REVELL,
BLAKE R. DAVIS,
J.M. WILNER,
CHARLES DANIEL,
J.C. HOLLAND,
UNKNOWN NAME MAILROOM SUPERVISOR, and
UNKNOWN NAME MAILROOM STAFF,

    Defendants.

## MINUTE ORDER[1]

    Plaintiff's **Supplemental Motion** [#43] filed December 1, 2010, is **GRANTED** and the supplemental motion is accepted for filing.

    **Defendants' Motion To Stay Pending Ruling on Recommendation To Dismiss (Doc. 47)** [#53] filed January 31, 2011, is **DENIED** as moot.

    **Plaintiff's Motion Requesting Status** [#56] filed April 25, 2011, is **DENIED** as moot.

    Dated: June 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.