IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00726-REB-BNB

ANTOINE JONES,

Plaintiff,

v.

SARA M. REVELL,
BLAKE R. DAVIS,
J.M. WILNER,
CHARLES DANIEL,
J.C. HOLLAND,
UNKNOWN NAME MAILROOM SUPERVISOR,
UNKNOWN NAME MAILROOM STAFF,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Resolve and Settle this Complaint Without Monetary Damages** [docket no. 61, filed June 20, 2011] (the "Motion").

　　IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  June 21, 2011